TIMOTHY J. LEPORE (SBN 13908)
ROPERS MAJESKI PC
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV  89169
Telephone:    702.954.8300
Facsimile:    213.312.2001
Email:        timothy.lepore@ropers.com

Attorneys for Defendant
ARMADA CORP. OF NEVADA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL DELARIO,<br><br>  Plaintiff,<br><br>  v.<br><br>ARMADA CORP. OF NEVADA,<br><br>  Defendant. | Case No. 2:21-cv-01753-APG-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR ARMADA CORP. OF NEVADA TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Armada Corp. of Nevada ("Armada"), by and through its counsel of record, Timothy J. Lepore of Ropers Majeski, and Plaintiff Michael Delario ("Delario"), by and through its counsel of record, Michael Kind of Kind Law, hereby stipulate and agree as follows:

1.  Whereas, on September 22, 2021, Delario filed his Complaint for damages under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. That same day, this Court issued Summons for Armada, directing Armada to respond to the Complaint within 21-days after service of the Complaint and Summons.

2.  Whereas, on October 5, 2021, Delario served the Complaint and Summons on Armada's registered agent. As a result, according Federal Rule of Civil Procedure 12, Armada's last day to respond to the Complaint is October 26, 2021.

3.  Whereas, on October 20, 2021, Armada retained Timothy J. Lepore of Ropers Majeski to represent Armada in this action.

4.  Whereas, on October 22, 2021, Delario and Armada stipulated to Armada's first

4857-7273-4976.1

2:21-CV-01753

1  request for the Court to extend Aramda's deadline to respond to the Complaint by 30 days
2  according to Local Rule IA 6-1.

3      5.    Whereas, Armada requested this 30-day extension because it only recently retained
4  counsel to represent Armada and Armada needs further time to investigate the allegations of
5  Delario's Complaint before responding to it and to assess possible early resolution of this action.

6      Accordingly, Delario and Armada hereby stipulate and agree that Armada's last day to file
7  a responsive pleading or motion to Delario's Complaint is Wednesday, November 24, 2021.

8  **IT IS SO STIPULATED.**

9  Dated: October 25, 2021        ROPERS MAJESKI PC

11          By: /s/ *Timothy J. Lepore*
12             TIMOTHY J. LEPORE
           Attorneys for Defendant
13             ARMADA CORP. OF NEVADA

14  Dated: October 25, 2021        KIND LAW

16          By: /s/ *Michael Kind*
17             MICHAEL KIND
           Attorneys for Plaintiff
18             MICHAEL DELARIO

19      IT IS SO ORDERED:

22      UNITED STATES MAGISTRATE JUDGE

23      10-26-2021
24      Dated: _____

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of Ropers Majeski, PC and that on the 26th day of October 2021, I caused a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME FOR ARMADA CORP. OF NEVADA TO RESPOND TO COMPLAINT (FIRST REQUEST)** to be served via the Court's electronic filing and service system ("CM/ECF") to all parties on the current service list.

Peggy Kurilla
Type Name

/s/ Peggy Kurilla
Signature